IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| PATRICE HOPSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    CASE NO. 3:16-cv-00301-TBR |
| | ) |
| EQUIFAX INFORMATION | ) |
| SERVICES, LLC | ) |
| | ) |
| | ) |
|     Defendant | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT, EQUIFAX INFORMATION SERVICES, LLC**

Comes the Plaintiff, Patrice Hopson, and hereby stipulates that Plaintiff's cause against Equifax Information Services, LLC should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this 13th day of October, 2016.

                                                                                                                                         Respectfully submitted,

                                                                             */s/David W. Hemminger*
                                                                             David W. Hemminger
                                                                             HEMMINGER LAW OFFICE, PSC
                                                                             616 South Fifth Street
                                                                             Louisville, KY 40202
                                                                             (Tel) 502.443.1060
                                                                             (Fax) 502.589.3004
                                                                             hemmingerlawoffice@gmail.com
                                                                             *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of October, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

*/s/David W. Hemminger*
David W. Hemminger
