IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| PATRICE HOPSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 3:16-cv-00301-TBR |
| EQUIFAX INFORMATION SERVICES, LLC | ) ) ) ) ) |
| Defendant | ) |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN
PLAINTIFF AND DEFENDANT, EQUIFAX INFORMATION SERVICES, LLC</u>**

Comes the Plaintiff, Patrice Hopson, and hereby stipulates that Plaintiff's cause against Equifax Information Services, LLC should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this 13th day of October, 2016.

Respectfully submitted,

*/s/David W. Hemminger*
David W. Hemminger
HEMMINGER LAW OFFICE, PSC
616 South Fifth Street
Louisville, KY 40202
(Tel) 502.443.1060
(Fax) 502.589.3004
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*