## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| PATRICE HOPSON, | ) |
|     Plaintiff, | ) |
| v. | )    CASE NO. 3:16-CV-301-TBR |
| EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC., | ) |
|     Defendants. | ) |

## NOTICE OF SETTLEMENT

Defendant Experian Information Solutions, Inc. ("Experian") advises the Court that it has agreed to settle with Plaintiff. Plaintiff and Experian anticipate filing a stipulation of dismissal with prejudice once the settlement is finalized. Plaintiff has seen and agreed to the filing of this notice.

Respectfully submitted this 26th day of January, 2017.

 

*/s/ Stephen J. Miller*
Stephen J. Miller  (admitted *pro hac vice*)
sjmiller@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114.1190
Telephone:  +1.216.586.7250
Facsimile:   +1.216.579.0212
*Counsel for Defendant, Experian Information Solutions, Inc.*

*/s/David W. Hemminger*

David W. Hemminger
HEMMINGER LAW OFFICE, PSC
616 South Fifth Street
Louisville, KY 40202 (Tel)
502.443.1060 (Fax)
502.589.3004
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2017, a copy of the foregoing was filed electronically and was served upon counsel of record via notification through the Court's electronic filing system.

/s/ *Stephen J. Miller*
*Attorney for Defendant*
*Experian Information Solutions, Inc.*